# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Tennessee_____

UNITED STATES OF AMERICA
v.

TIMOTHY RYAN RICHARDS

**WARRANT FOR ARREST**

Case Number: 09-2123 MK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ TIMOTHY RYAN RICHARDS _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Possession of unregistered firearms.

in violation of Title ___26___      United States Code, Section(s) ___5841, 5861(d), and 5871.___

E. CLIFTON KNOWLES

Name of Issuing Officer

_(signature)_

Signature of Issuing Officer

U.S. Magistrate Judge

Title of Issuing Officer

11/2/2009                    Nashville, TN

Date and Location

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

USMS / Montg County Jail

| DATE RECEIVED 11-2-2009 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11-2-2009 | SA Jamie Smith | _(signature)_ Smith |