ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 09-2123 MK |
| | ) | Judge Knowles |
| | ) | |
| TIMOTHY RYAN RICHARDS | ) | |

## MOTION TO ALLOW TRAVEL

Comes the defendant and hereby moves the Court to allow him to travel internationally for his work. Mr. Richards is working for Pro Energy Services of Sedalia, MO. The company wants to send him to Venezuela for 30 days to install a turbine in power plant there. Mr. Richards would be running a crew of 30 boilermakers tasked with the installation. Although the job is expected to take 30 days, if they ran into problems, it could run longer. Following completion of the job Mr. Richards will be returning back to the United States as the next series of jobs takes him to Texas. Mr. Richards would need to leave Friday, March 23, 2012.

Counsel for Mr. Richards has discussed this with Assistant United States Attorney Lee Deneke who states that he has no objection or opposition to the granting of this motion.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047