ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-mj-2123 |
| v. | ) | Judge Knowles |
| | ) | |
| TIMOTHY RICHARDS | ) | |

## MOTION TO DISMISS COMPLAINT

The United States respectfully moves the Court to dismiss the criminal complaint in this case. The defendant's attorney, Sumter Camp, has been consulted and has no objection to the Court's granting of this motion.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: */s/ William L. Deneke*
WILLIAM L. DENEKE
Assistant United States Attorney
A-961 United States Courthouse
ll0 Ninth Avenue South
Nashville, Tennessee 37203
Phone: 615-736-5151

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent via the Court's electronic filing system to Assistant Federal Public Defender Sumter Camp, attorney for the defendant, this 4th day of December, 2012.

*/s/ William L. Deneke*
William L. Deneke
Assistant United States Attorney